

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00306-CV

CITY OF FOREST HILL, TEXAS                    APPELLANTS
AND BRIGETTE MATHIS

V.

MICHIELLE BENSON, IN HER                    APPELLEE
OFFICIAL CAPACITY AND
INDIVIDUALLY

------------

### FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 153-290222-17

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellants' Motion to Dismiss," which is not opposed. It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: September 28, 2017

---

[1]*See* Tex. R. App. P. 47.4.